IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

RICHARD CASEY,

      Plaintiff,

v.

TRADE IN TRANSPORT, INC.;
CHANG WON JUNG; SEUNG
MIN SHIM; and IRIS LEE,

      Defendants.

CIVIL ACTION FILE

NO. 3:22-cv-13-TCB

# <u>O R D E R</u>

Defendant Trade In Transport, Inc. has filed a motion [9] to dismiss Plaintiff Richard Casey's complaint [1]. Casey then filed an amended complaint [12] pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

Under the Federal Rules of Civil Procedure, "an amended complaint supersedes the original complaint," *Gross v. White*, 340 F. App'x 527, 534 (11th Cir. 2009), rendering the motion to dismiss the

original complaint moot, *Moore v. McCalla Raymer, LLC*, 916 F. Supp. 2d 1332, 1336, 1338 n.9 (N.D. Ga. 2013). Accordingly, the motion [9] to dismiss is denied as moot.

IT IS SO ORDERED this 23d day of March, 2022.

Timothy C. Batten, Sr.
Chief United States District Judge