**ADDENDUM TO SETTLEMENT AGREEMENT, MUTUAL RELEASE,
AND WAIVER OF CLAIMS**

This Addendum to the Settlement Agreement, Mutual Release, and Waiver of Claims between Richard Casey ("Casey"), on the one hand, and Chang Won Jung, Seung Min Shim, and Iris Lee (Jung, Shim and Lee, collectively, the "Individual Defendants") and Trade in Transport, Inc. (the "Company") (together, the Individual Defendants and the Company are referred to herein as "Company Litigants"), on the other hand, is provided in order to reflect the portion of the Consideration to be paid to Casey pursuant to Paragraph 3 of the Agreement that will go toward his attorney's fees and costs.  Pursuant to the Court's Order dated June 30, 2022 [Doc. 34], the parties are required to inform the Court as to how Casey's attorney's fees and costs will be paid, so that the Court may assess the reasonableness of the settlement and in particular of the attorney's fees.  To that end, this Addendum is provided in order to provide that information, as follows:

The gross Consideration of $85,000 will be allocated as follows:

- $1,022.00 to Mr. Casey as reimbursement for litigation costs he has incurred
- Approximately $35,000.00 to Stembridge Taylor LLC for attorney's fees, $20,000 of which Mr. Casey has already paid so will be reimbursed to him, with the final amount being determined based on the final time billed by Mr. Casey's counsel at a rate of $365 per hour[1]
- Balance of approximately $48,978.00 to Mr. Casey as his unpaid wages and liquidated damages

---

[1] As explained in the Joint Motion to approve this settlement, a portion of these fees were incurred in connection with defending Mr. Casey against the claims brought against him in the state court lawsuit brought against him in November 2021 by the Company Litigants.  The remainder were incurred in pursuit of the FLSA claims at issue in the federal lawsuit.