IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| RICHARD CASEY,<br><br>  Plaintiff,<br><br>v.<br><br>TRADE IN TRANSPORT, INC., CHANG WON JUNG, SEUNG MIN SHIM, and IRIS LEE,<br><br>  Defendants. | CIVIL NO. 3:22-cv-013-TCB |

## ORDER GRANTING SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Upon review of the parties' Joint Motion for Approval of Settlement Agreement, Mutual Release, and Waiver of Claims (Revised), the Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over the provisions of the Fair Labor Standards Act as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Therefore, it is ORDERED that the Joint Motion for Approval of Settlement Agreement is **GRANTED** and the referenced settlement agreement is **APPROVED**.

In accordance with the terms of the Settlement Agreement, this Court shall retain jurisdiction until the consideration for the settlement is paid in full and the

parties file a voluntary stipulation of dismissal with prejudice.

ORDERED this 13th day of July, 2022.

_____
Timothy C. Batten, Sr.
United States District Judge