# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| RICHARD CASEY, | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION FILE NO.<br>) 3:22-CV-013-TCB |
| v. | )<br>) |
| TRADE IN TRANSPORT, INC.,<br>CHANG WONG JUNG, SEUNG MIN<br>SHIM, AND IRIS LEE. | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Richard Casey and Defendants Trade in Transport, Inc. ("Trade in Transport"), Chang Wong Jung ("Mr. Jung"), Seung Min Shim ("Mr. Shim"), and Iris Lee ("Ms. Lee") (collectively "Defendants"), jointly stipulate to dismiss all claims in this case, with prejudice. Each party shall bear its own attorney's fees and costs.

Respectfully submitted this 29th day of July, 2022.

STEMBRIDGE TAYLOR, LLC        THE BAIG LAW FIRM

*s/ Lisa D. Taylor*                             *s/ M. Khurram Baig*
Lisa D. Taylor                                    M. Khurram Baig

Georgia Bar No.: 235529  
John T. Stembridge  
Georgia Bar No. 678605  
2951 Piedmont Road, Suite 200  
Atlanta, GA 30305  
lisa@stembridgetaylor.com  
john@stembridgetaylor.com  
Phone: 404-604-2691  

ATTORNEYS FOR PLAINTIFF

Georgia Bar No. 031607  
125 Lawrenceville Street, Suite 100  
Norcross, GA 30071  
mkbaig@baiglaw.com  
Phone: (678) 534-2529  

ATTORNEY FOR DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | | |
|---|---|---|
| RICHARD CASEY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | 3:22-CV-013-TCB |
| v. | ) | |
| | ) | |
| TRADE IN TRANSPORT, INC., | ) | |
| CHANG WONG JUNG, SEUNG MIN | ) | |
| SHIM, AND IRIS LEE. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I electronically filed the foregoing **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** using the CM/ECF system which will automatically send e-mail notification of such filing to the attorney(s) of the record:

M. Khurram Baig
The Baig Law Firm
125 Lawrenceville Street, Suite 100
Norcross, GA 30071

This 29th day of July, 2022.

3

        STEMBRIDGE TAYLOR, LLC

        *s/ Lisa D. Taylor*
        Lisa D. Taylor
        Georgia Bar No. 235529
        John T. Stembridge
        Georgia Bar No. 678605
        *Attorneys for Plaintiff*

2951 Piedmont Road, Suite 200
Atlanta, GA 30305
lisa@stembridgetaylor.com
john@stembridgetaylor.com
Phone: 404-604-2691